COMIMEX, INC., Respondent, v. MERCHANTS BANK OF NEW YORK, Respondent, and DAVID S. STERN CORPORATION, Impleaded Defendant-Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the plaintiff-respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

JAMES G. HARDY, Respondent, v. MARTA S. HARDY, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore and Cohn, JJ.

MARTA S. HARDY, Appellant, v. JAMES G. HARDY, Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Settle order on notice. Present -- Martin, P. J., Townley, Dore and Cohn, JJ.

BAAR & BEARDS, INC., v. WALDBURGER, GRANT & CO., INC.— Motion for leave to appeal to the Court of Appeals and for a stay pending said appeal and for an extension of time to answer granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 931.]

BENJAMIN KATZ v. METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 931.]

KATE F. CUTNER v. AMALGAMATED BANK OF NEW YORK et al.— Motion for reargument or for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs; motion for an extension of time to answer the complaint granted until ten days after entry of order, upon payment of said costs and the costs awarded by the order of October 11, 1945. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 930.]

JACK GRILL v. MANUFACTURERS TRUST COMPANY; FEDERAL RESERVE BANK OF NEW YORK et al.; ROYAL INDUSTRIAL BANK and JACK L. STULSAFT.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 931.]

In the Matter of FRANK A. DE STASIO against PAUL MOSS, as Commissioner of the Department of Licenses of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 932.]

In the Matter of DAVID E. BERG against HAROLD W. MARSH et al., as Commissioners of the Municipal Civil Service Commission of the City of New York. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See 268 App. Div. 1, 860.]

SELFIX SWEATERS, INC., v. BERNHARD ALTMANN and CARWAN SPINNING Co., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with $10 costs, with leave to the impleaded defendant-appellant to plead or otherwise move with respect to the answer of the defendant-respondent until ten days after entry of order, on payment of said costs and the costs awarded by the order of October 5, 1945. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 925.]

LEON HAND, Suing as a Stockholder of ADMIRATION LAUNDRY, INC., v. EMANUEL HAND et al.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with $10 costs, with leave to the defendants-appellants to answer the amended complaint within ten days after entry of order, on payment of said costs and the costs awarded by the order of October 11, 1945. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 930.]